[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1209.]

WOOD COUNTY BAR ASSOCIATION *v.* HANNA.

[Cite as *Wood Cty. Bar Assn. v. Hanna*, 1995-Ohio-27.]

*Attorneys at law—Disciplinary action—Cause dismissed.*

(No. 95-822—Submitted September 27, 1995—Decided November 22, 1995.)

ON CERTIFIED REPORT by the Board of Commissioners on Grievances and Discipline of the Supreme Court, No. 93-82.

———————————

*Spitler, Vogtsberger & Huffman* and *Diane R. Huffman; Mitchell, Stearns & Hammer* and *James A. Hammer*, for relator Wood County Bar Association.

*James D. Caruso*, for respondent Harold M. Hanna.

———————————

{¶ 1} After reviewing carefully the record herein, the cause is dismissed.

DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., CONCUR.

MOYER, C.J., and COOK, J., dissent.

RESNICK, J., not participating.

———————————

**COOK, J., dissenting.**

{¶ 2} I would impose a public reprimand as recommended by the panel and the Board of Commissioners on Grievances and Discipline.

MOYER, C.J., concurs in the foregoing dissenting opinion.

———————————